**Order filed, March 21, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00685-CR
_____

**MIGUEAL ANGEL PARRA MORALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the
County, Texas
Trial Court Cause No. 13273**

## ORDER

The reporter's record in this case was due **October 28, 2012**, 2012.  _See_ Tex. R. App. P. 35.1.  On **March 6, 2012**, this court granted the third motion for extension of time to file the record to **March 12, 2012** with no further extensions.  To date, the record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Martha Koomar**, the substitute court reporter, to file the record in this appeal **on or before Friday, March 30, 2012**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  _See_ Tex. R. App. P. 35.3(c).

If **Martha Koomar** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM